UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>Julio Cesar ROBLES-Torres,<br><br>　　　　　　　　　Defendant. | Case No.: **2:23-mj-08826**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 21, U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about October 30, 2023, within the Southern District of California, defendant, Julio Cesar ROBLES-Torres, did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960, a felony.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Brett Crooks, Special Agent
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 31st day of October, 2023.

_____
HON. LUPE RODRIGUEZ, JR.
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Julio Cesar ROBLES-Torres.

**STATEMENT OF FACTS**

This Complaint and Statement of Facts are based on the reports, documents, and notes furnished to United States Homeland Security Investigations Special Agent Brett Crooks.

On October 30, 2023, at approximately 3:50 a.m., Julio Cesar ROBLES-Torres (ROBLES), a United States citizen, applied for entry into the United States at the Calexico, California West Port of Entry vehicle lanes as the driver and sole occupant of a blue 2013 Nissan Altima (Vehicle). The primary inspector Customs and Border Protection Officer (CBPO) J. Gutierrez Quintero assigned to vehicle lane 9 encountered ROBLES. ROBLES presented a copy of a Consular Report of Birth Abroad to facilitate his entry into the United States. CBPO Gutierrez Quintero obtained a negative oral customs declaration from ROBLES. ROBLES told CBPO Gutierrez Quintero that he was going to Calipatria, California to work. Due to a computer-generated alert, CBPO Gutierrez Quintero opted to refer the Vehicle to the vehicle secondary inspection lot for further inspection.

Prior to secondary inspection, the vehicle was driven through the Z-portal and no anomalies were observed. Once in the secondary inspection lot, Canine Enforcement Officer (CEO) C. Butler approached ROBLES and the vehicle. CEO Butler screened the vehicle with an assigned Human Narcotics Detector Dog (HNDD)

3

which subsequently alerted to the vehicle. In secondary inspection, ROBLES gave a second negative oral customs declaration to CBPO C. Leist. ROBLES was subsequently escorted to the vehicle secondary office for a pat-down.

A more in-depth inspection of the vehicle by CBPOs revealed twenty-eight (28) packages wrapped in clear plastic concealed within the vehicle's floorboard carpeting, in the backrests of the front seats, in the seat portion of the rear seats, in the backrest of the rear seats and in the vehicle's firewall. The packages retrieved from the vehicle contained a crystal-like substance. CBPO A. Garcia field tested a package utilizing the GEMINI analyzer and the substance tested positive for the properties of methamphetamine. The total weight of the packages was approximately 85.44 kilograms (188.36 pounds).

ROBLES was advised of his rights per Miranda. ROBLES stated he understood his rights and was willing to answer questions without the presence of an attorney. ROBLES stated he wanted to make money, so he decided to engage in the smuggling venture. ROBLES stated he was made an offer to smuggle drugs into the United States. ROBLES stated he would be paid approximately $5,000 United States Dollars.

ROBLES was placed under arrest and charged with a violation of Title 21, United States Code sections 952 and 960, for Importation of a Controlled Substance and booked into the El Centro GEO Detention Center to await initial appearance.